JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
215 Marketing, LLC, Jon Vogel, and Garrett Gillin

### DEFENDANTS
Party Princess USA, LLC, Rothschild Enterprises, Inc. d/b/a Party Princess, Party Princess Productions, Morgan Henning

**(b)** County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Orange (California)
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Matthew P. Strauskulage
Freunlich & Littman LLC
1500 Walnut Street - Suite 206
Philadelphia, PA 19102 (215) 545-8500

Attorneys *(If Known)*
Craig R. Tractenberg and Evan R. Luce
Fox Rothschild LLP
2000 Market Street - 20th Floor
Philadelphia, PA 19103 (215) 299-2000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability |  | [ ] 840 Trademark | [ ] 460 Deportation |
|  |  | **LABOR** | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise |  | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
|  |  | [ ] 791 Employee Retirement Income Security Act |  | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  |  |  |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** |  |  |
| [ ] 290 All Other Real Property |  | [ ] 462 Naturalization Application |  |  |
|  | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 448 Education / [ ] 550 Civil Rights |  |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Sections 1332, 1441, 1446
Brief description of cause:
Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 100,000+

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: 
DOCKET NUMBER:

DATE: 11/17/16
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

ACTIVE 43295962v1 11/16/2016

| FOR OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |

JS 44 Reverse (Rev. 07/16)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X"
  United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
  United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
  Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment
  Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.
  Original Proceedings. (1) Cases which originate in the United States district courts.
  Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
  Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing
  Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
  Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
  Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C.
  Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
  **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
  Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
  Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| 215 MARKETING, LLC, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| PARTY PRINCESS USA, LLC, et al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (x)

| 11/16/16 | Craig Tractenberg | CRAIG TRACTENBERG |
|---|---|---|
| Date | Attorney-at-law | Attorney for Defendants |
| 215 444 7161 | 215 299 2150 | CTRACTENBERG@FOXROTHSCHILD.COM |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1031 North 3rd Street, Unit 101, Philadelphia, PA  19123

Address of Defendant: 1420 N. Batavia Street, Orange, CA 92867 / 1099 18th St., Ste. 2600, Denver, CO  80202

Place of Accident, Incident or Transaction: Unclear
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases
   (Please specify) Contract

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Evan R. Luce, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 11/17/16   _____ Attorney-at-Law    318956 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/17/16   _____ Attorney-at-Law    318956 Attorney I.D.#

CIV. 609 (5/2012)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 215 MARKETING, LLC<br>1031 N. 3rd Street, Unit 101,<br>Philadelphia, PA 19123<br><br>-AND-<br><br>JON VOGEL<br>1031 N. 3rd Street, Unit 101,<br>Philadelphia, PA 19123<br><br>-AND-<br><br>GARRETT GILLIN<br>1031 N. 3rd Street, Unit 101,<br>Philadelphia, PA 19123<br><br>Plaintiffs,<br><br>vs.<br><br>PARTY PRINCESS USA, LLC<br>1420 N. Batavia Street,<br>Orange, CA 92867<br><br>1099 18th Street, Suite 2600,<br>Denver, CO 80202<br><br>12567 West Cedar Drive<br>Ste., 250, Lakewood, CO 80228<br><br>-AND-<br><br>ROTHSCHILD ENTERPRISES, INC.,<br>d/b/a Party Princess Productions<br>1420 N. Batavia Street,<br>Orange, CA 92867<br><br>9200 Mineral Avenue, Ste 149,<br>Centennial, CO 80112<br><br>-AND- | Case No.<br><br>Removed from the Court of Common Pleas of Philadelphia County, Pennsylvania<br>October Term, 2016, No. 02802 |

| | |
|---|---|
| PARTY PRINCESS PRODUCTIONS, LLC<br>1420 N. Batavia Street,<br>Orange, CA 92867<br><br>9200 Mineral Avenue, Ste 149,<br>Centennial, CO 80112<br><br>-AND-<br><br>MORGAN HENNING<br>1420 N. Batavia Street,<br>Orange, CA 92867<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants Party Princess USA, LLC, Rothschild Enterprises, Inc., d/b/a Party Princess Productions, Party Princess Productions, LLC, and Morgan Henning (collectively "Defendants"), by and through counsel, Fox Rothschild LLP, files this Notice of Removal to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of their Notice of Removal, Defendants state as follows:

    1.    On or about October 19, 2016, Plaintiffs 215 Marketing, LLC, Jon Vogel, and Garrett Gillin, (collectively "Plaintiffs") filed this lawsuit in the Court of Common Pleas, Philadelphia County, Pennsylvania (the "State Court Action"). (*See* Complaint, which constitutes the entirety of the process and pleadings below, a true and correct copy of which is attached hereto as Exhibit A).

    2.    In their Complaint, Plaintiffs allege various claims all stemming from a contract whereby Plaintiffs would provide marketing and consulting services to Defendants. (*See generally* Exhibit A).

2

3.     Defendants were purportedly served on or about October 21, 2016; accordingly, this Notice of Removal is filed in compliance with the thirty day requirement of 28 U.S.C. §1446(b). Defendants have not appeared in the State Court Action.

4.     "Except as otherwise expressly provided by act of Congress, any civil action brought in State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a).

5.     "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a)(1).

6.     Removal is permissible on the grounds of diversity jurisdiction. Complete diversity exists as Plaintiffs and Defendants are citizens of different states.

7.     Plaintiffs are citizens of Pennsylvania only. The citizenship of a limited liability company is determined by the citizenship of its members. *Carden v. Arkoma Assocs.,* 494 U.S. 185, 195-96 (1990). On information and belief, 215 Marketing, LLC's members reside in Pennsylvania, and do not reside in Colorado or California. (*See generally* Exhibit A at ¶ 1). Plaintiff Garrett Gillin is an individual who resides in Pennsylvania. *Id.* at ¶ 2. On information and belief, Jon Vogel is an individual who resides in Pennsylvania. *Id.* at ¶ 3. Thus, Plaintiffs are citizens of Pennsylvania.

8.     Defendants are not citizens of Pennsylvania. Defendant Rothschild Enterprises, Inc., is a corporation registered under the laws of the State of Colorado with its principal place of business in California. Defendant Morgan Henning is an individual residing in California and is

3

a California citizen. Defendant Morgan Henning is the sole member of Defendant Party Princess USA, LLC, and Defendant Party Princess Productions, LLC. Therefore, Defendant Party Princess USA, LLC, and Defendant Party Princess Productions, LLC, are citizens of California. *Carden,* 494 U.S. at 195-96.

9. Because Plaintiffs' are Pennsylvania citizens, and because Defendants are citizens of California and Colorado, this is a suit between citizens of different states for purposes of 28 U.S.C. § 1332(a)(1) and (3).

10. In cases where a Plaintiff has not specified an amount in controversy, the removing defendant "need only plausibly allege, not detail proof of, the amount in controversy." *Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S.Ct. 547, 550 (2014). This Court should not decline jurisdiction unless it appears "to a 'legal certainty' that the claim is really for less than jurisdictional amount." *St. Paul Mercury Indem. Co. v. Red Cab Co.,* 33 U.S. 283, 289 (1938).

11. Plaintiffs claim losses in excess of $100,000.00 and seek in "excess of fifty thousand dollars ($50,000)" for eleven of Plaintiffs' thirteen claims plus "costs, delay damages, interest and other damages." Accordingly, the amount in controversy exceeds $75,000.

12. Therefore, diversity jurisdiction exists pursuant to 28 U.S.C. §1332(a)(1).

13. All Defendants named in this matter consent to this removal.

14. Defendants do not waive their right to assert a jurisdictional or venue challenge by filing this Notice of Removal.

15. Pursuant to 28 U.S.C. §1446(d), promptly upon filing, Defendants shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Court of

4

Common Pleas, Philadelphia County, Pennsylvania, and will serve a copy thereof on Plaintiffs through their counsel.

16. Based on the foregoing, this Court has original jurisdiction over this action based on the diversity of the Parties under 28 U.S.C. §1332. Therefore, the Court properly may exercise jurisdiction over this lawsuit. 28 U.S.C. §1441(a).

17. Should Plaintiffs seek to remand this case to State court, Defendants request that they be permitted to brief and argue the issue of removal prior to any order remanding this case. In the event the Court decides that remand is proper, Defendants asks that the Court retain jurisdiction and allow Defendants to file a motion asking this Court to certify any remand order for interlocutory review by the Third Circuit Court of Appeals pursuant to 28 U.S.C. §1292(b).

WHEREFORE, Defendants remove this action in its entirety from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully Submitted,

Craig R. Tractenberg, Esquire (PA ID No. 34636)
Evan R. Luce, Esquire (PA ID No. 318956)
FOX ROTHSCHILD LLP
2000 Market Street – 20th Floor
Philadelphia, PA 19103
(215) 299-2053
(215) 299-2150 (fax)

Dated: November 17, 2016
ctractenberg@foxrothschild.com
eluce@foxrothschild.com

*Counsel for Defendants*

Of Counsel:
Harold R. Bruno, III, Esquire (pro hac vice admission to be sought)
ROBINSON WATERS & O'DORISIO, P.C.

5

1099 18th Street – Suite 2600
Denver, CO 80202
(303) 297-2600
(303) 297-2750 (fax)
hbruno@rwolaw.com

# EXHIBIT "A"

# Court of Common Pleas of Philadelphia County
## Trial Division
## Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2016**

E-Filing Number: 1610041484

**002802**

**PLAINTIFF'S NAME**
215 MARKETING, LLC

**DEFENDANT'S NAME**
PARTY PRINCESS USA, LLC

**PLAINTIFF'S ADDRESS**
1031 N. 3RD STREET UNIT 101
PHILADELPHIA PA 19123

**DEFENDANT'S ADDRESS**
1420 N. BATAVIA STREET
ORANGE CA 92867

**PLAINTIFF'S NAME**
JON VOGEL

**DEFENDANT'S NAME**
ROTHSCHILD ENTERPRISES, INC., ALIAS: PARTY PRINCESS PRODUCTIONS

**PLAINTIFF'S ADDRESS**
1031 N. 3RD STREET UNIT 101
PHILADELPHIA PA 19123

**DEFENDANT'S ADDRESS**
1420 N. BATAVIA STREET
ORANGE CA 92867

**PLAINTIFF'S NAME**
GARRETT GILLIN

**DEFENDANT'S NAME**
PARTY PRINCESS PRODUCTIONS, LLC

**PLAINTIFF'S ADDRESS**
1031 N. 3RD STREET UNIT 101
PHILADELPHIA PA 19123

**DEFENDANT'S ADDRESS**
1420 N. BATAVIA STREET
ORANGE CA 92867

**TOTAL NUMBER OF PLAINTIFFS:** 3
**TOTAL NUMBER OF DEFENDANTS:** 4

**COMMENCEMENT OF ACTION**
[X] Complaint
[ ] Writ of Summons
[ ] Petition Action
[ ] Transfer From Other Jurisdictions
[ ] Notice of Appeal

**AMOUNT IN CONTROVERSY**
[ ] $50,000.00 or less
[X] More than $50,000.00

**COURT PROGRAMS**
[ ] Arbitration
[ ] Jury
[ ] Non-Jury
[ ] Other
[ ] Mass Tort
[ ] Savings Action
[ ] Petition
[X] Commerce
[ ] Minor Court Appeal
[ ] Statutory Appeals
[ ] Settlement
[ ] Minors
[ ] W/D/Survival

**CASE TYPE AND CODE**
10 - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED**
**PRO PROTHY**
OCT 19 2016
M. BRYANT

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: 215 MARKETING, LLC, JON VOGEL, GARRETT GILLIN

Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**
MATTHEW P. STRAUSKULAGE

**ADDRESS**
FREUNDLICH & LITTMAN LLC
1500 WALNUT STREET
SUITE 206
PHILADELPHIA PA 19102

**PHONE NUMBER**
(215)545-8500

**FAX NUMBER**
(215)545-8510

**SUPREME COURT IDENTIFICATION NO**
320568

**E-MAIL ADDRESS**
matthew@freundlichandlittman.com

**SIGNATURE OF FILING ATTORNEY OR PARTY**
MATTHEW STRAUSKULAGE

**DATE SUBMITTED**
Wednesday, October 19, 2016, 03:41 pm

FINAL COPY (Approved by the Prothonotary Clerk)